AO 91 (Rev. 11/11)  Criminal Complaint

Sealed
Public and unofficial staff access to this instrument are prohibited by court order

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
*June 11, 2021*
Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Adan Beruman | ) | Case No. |
| | ) | **4:21-MJ-1325** |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __06/11/2021__ in the county of __Harris__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A (a)(2)(5)(B) | Title 18 USC 2252A (a)(2)(5)(B) - Any person who knowingly possesses, or knowingly accesses with intent to view, any book, magazine, periodical, film, videotape, computer disk, or any other material that contains an image of child pornography that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ryan J. Shultz, FBI Special Agent
*Printed name and title*

Sworn to before me telephonically.

Date: June 11, 2021

_____
*Judge's signature*

City and state: Houston, Texas

Frances H. Stacy, US Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN THE MATTER OF: § 
Adan Beruman § Case No. **4:21-MJ-1325**
§

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Ryan J. Shultz, being duly sworn, depose and state:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), assigned to the Special Agent in Charge (SAC), in Houston, Texas. I have been so employed since September 2008. As part of my daily duties as an FBI agent, I am assigned to the FBI Houston Child Exploitation unit which investigates criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of Title 18 U.S.C. § 2251 and 2252A et seq. I have received training in the area of child pornography and child exploitation. I have had the opportunity to observe and review numerous examples of child pornography in all forms of media including computer media. Child Pornography, as defined in Title 18 U.S.C. § 2256, is described as:

   "any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where – (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; . . . [or] (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct." For conduct occurring after April 30, 2003, the definition also includes "(B) such visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from that of a minor engaging in sexually explicit conduct."

2. This Affidavit is made in support of a criminal complaint charging Adan Beruman with violating Title 18 U.S.C. § 2252A (a)(2)(5)(B) – possession of child pornography, more specifically defined as:

1

"Any person who knowingly possesses, or knowingly accesses with intent to view, any book, magazine, periodical, film, videotape, computer disk, or any other material that contains an image of child pornography that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer."

3. I am familiar with the information contained in this affidavit based upon the investigation I have personally conducted and my conversations with other law enforcement officers involved in this investigation, or who have engaged in numerous investigations involving child pornography.

4. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause that evidence of a violation of Title 18 U.S.C. § 2252A (a)(2)(5)(B) has been committed by Adan Beruman on or about June 11, 2020. Where statements of others are set forth in this affidavit, they are set forth in substance and in part.

5. On or about May 4, 2020, FBI Salt Lake City Special Agent (SA) Dustin Grant, while acting in an online undercover capacity, began chatting with an individual on LiveMe, a livestream video application that allows users to broadcast videos of themselves and/or watch videos published by other users. The LiveMe user chatting with SA Grant was identified by the profile identifier "110281423" and screen name "Love_it89". During the course of this online undercover session, it was found that user "Love_it89" was a member of a LiveMe group chat entitled, "Paradise Love", which was dedicated to the discussion, advertisement and distribution of child pornography content.

6. User "Love_it89" was also observed to have been a member in other known child pornography groups in which the group's members distributed thousands of images and/or videos depicting minors, some as young as infants, engaged in sexual acts with adults and/or other minor children.

7. On May 4, 2020, user "Love_it89" posted a hyperlink to the Paradise Love group chat which was subsequently observed and in part captured by SA Grant. Upon downloading the

2

aforementioned hyperlink, SA Grant observed that the link accessed a folder within a cloud storage service identified as Mega Limited. The folder within the link contained several videos depicting prepubescent minors, to include infants and toddlers, engaged in sexual acts with adults and/or other minor children.

8. An administrative subpoena was served to LiveMe in pursuit of subscriber information associated with user "Love_it89". A response received from LiveMe revealed that user "Love_it89" had registered for an account on the LiveMe application via a Samsung device with model #SM-A505U and telephone number 281-683-4411. User "Love_it89" also had most recently and most consistently accessed the LiveMe application via IP address 73.136.108.138, which is owned and operated by Comcast.

9. An administrative subpoena was served to Comcast in pursuit of subscriber information associated with IP address 73.136.108.138 as of May 4, 2020, at 7:51:17 PM UTC, which was one of the most recent date and time combinations that the "Love_it89" account had been accessed based on subscriber information provided by LiveMe. A response received from Comcast identified the subscriber as follows:

| | |
|---|---|
| Subscriber Name: | Ayrubay Beruman |
| Service Address: | 77 E. Edgebrook Drive, Unit #902 |
| | Houston, Texas 77034 |
| Telephone #: | 281-683-4411 |
| Service Start Date: | 12/31/2019 |
| Account Status: | Active |

10. Investigation determined that while telephone number 281-683-4411 is owned by Verizon, it is leased to Comcast for service. A follow-up administrative subpoena to Comcast in pursuit of subscriber information associated with telephone number 281-683-4411 identified the registered subscriber as Erubey-Adan Beruman at address 77 E. Edgebrook Drive, Unit #902, Houston, Texas 77034. The telephone account was regarded as being initiated on September 6, 2019, and was in an "active" status as of May 19, 2020.

11. On or about May 30, 2020, your Affiant received the investigative details relevant to the investigation as described above from FBI Salt Lake City. Upon receipt, your Affiant reviewed all aspects of those investigative materials for consistency and accuracy. Furthermore, your Affiant reviewed a sample of the child pornography content provided by SA Grant, which was obtained via the aforementioned Mega Limited hyperlink that was

observed to have been posted by user "Love_it89" within a LiveMe group chat forum on May 4, 2020.

12. As a general summary, the provided child pornography content consisted of 16 video files that depicted minor females, ranging from approximately 4 to 12 years of age, engaged in sexual acts to include the oral, vaginal and/or anal penetration of the victim by the erect penis of an adult male and/or by a foreign object. Based on my training and experience, I believe the videos observed depict child pornography as defined by Title 18, United States Code, Section 2256.

13. The content of 3 of the files distributed by user "Love_it89" via LiveMe on May 4, 2020, are described as follows:

   a) **Filename:** UM_CLL5-Video_(78).avi

   **Description:** This is a video file that is approximately 12 minutes and 56 seconds in length that depicts a nude minor female, estimated to be approximately 10 years of age, being orally and vaginally penetrated by the erect penis of an adult male and/or by a foreign object. It is noted that this video is recognized as being derived from a known series of child pornography identified as "Tara" by the National Center for Missing and Exploited Children (NCMEC).

   b) **Filename:** VID-20180307-WA0034.mp4

   **Description:** This is a video file that is approximately 32 seconds in length that depicts a minor female, estimated to be less than 8 years of age, nude from the waist down being anally penetrated by the erect penis of an adult male.

   c) **Filename:** VID-20180307-WA0057.mp4

   **Description:** This is a video file that is approximately 1 minute and 23 seconds in length that depicts a minor female, estimated to be approximately 5 years of age, being orally penetrated by the erect penis of an adult male.

14. Surveillance conducted of address 77 E. Edgebrook Drive, Unit #902, Houston, Texas 77034, revealed the identified apartment unit is located on the second floor of Building #9 of the Alcove Apartments complex. The number "902" is clearly displayed on the front door of the apartment unit. The property is located in Harris County within the Southern District of Texas.

15. On or about May 28, 2021, your Affiant telephonically contacted the Leasing Office of the Alcove Apartments located at address 77 E. Edgebrook Drive, Houston, Texas 77034. A representative of the Alcove Apartments advised that Unit #902 is presently leased to a pair of cousins, Chayanne and Ruben Beruman. They were regarded as having resided within the identified apartment unit for approximately two years and were under contract to Unit #902 through August 2021. An open-source search revealed that both Chayanne and Ruben Beruman held familial ties to Adan Beruman.

16. On June 11, 2021, FBI Houston executed a federal search warrant at address 77 E. Edgebrook Drive, Unit #902, Houston, Texas 77034. Adan Beruman was encountered at the time of the search warrant execution. After being advised of his *Miranda Rights* and acknowledging an understanding of those rights, Beruman chose to make a statement which was audio/video recorded.

17. As a general summary only, Beruman acknowledged he had utilized the LiveMe application in the past, but no longer had the application installed on his cell phone. Beruman provided his contact cellular telephone number as 281-683-4411, which was recognized as the same telephone number associated with the "Love_it89" LiveMe account detailed above. When confronted with the full facts of the investigation, Beruman adamantly denied any knowledge or involvement in the sexual exploitation of children. Beruman acknowledged that he was a registered sex offender and explained that while he had made mistakes involving child pornography in the past, he had learned from his mistakes and no longer engaged in child pornography matters.

18. Upon conclusion of the interview, agents conducted a search of Beruman's residence which resulted in the seizure of several electronic devices. The seized devices were immediately transported to the FBI Houston Field Office at address 1 Justice Park Drive, Houston, Texas 77092.

19. On the same date, your Affiant conducted a preliminary preview of the thumb drives seized from Beruman's residence. On one of the thumb drives, more specifically identified as a blue in color USB drive with the word "Linux" written on it, your Affiant observed a single storage folder labeled, "New Folder". The identified folder was observed to be storing approximately 2 GB of digital material to include both adult and child pornography. Based on my training and experience, I believe several of the files observed depict child

pornography as defined by Title 18, United States Code, Section 2256.

20. The content of 3 of the files observed to be stored on the USB drive are described as follows:

   a) **Filename:** 21ddb8e5-8792-46e2-aaaf-527fd5a1e303-1.jpg

   **Description:** This is a still image file that depicts a minor female, estimated to be less than 10 years of age, nude from the waist down. The minor female has her legs spread open thereby exposing her vagina and she is being anally penetrated by the erect penis of an adult male.

   b) **Filename:** 50b89132-f04d-4823-ac9d-37cd24a9380e.jpg

   **Description:** This is a still image file that depicts a minor female, estimated to be less than 10 years of age, nude from the waist down. The minor female has her legs spread open thereby exposing her vagina and she is being orally penetrated by the erect penis of an adult male.

   c) **Filename:** 568e1d46-3401-4b14-97f0-9e5824b88d1e.mp4

   **Description:** This is a video file that is approximately 1 minute and 30 seconds in length that depicts a minor female, estimated to be approximately 12 years of age, being vaginally penetrated by the erect penis of an adult male. It is noted that this particular video is recognized as being derived from a known series of child pornography identified as "Tara" by the National Center for Missing and Exploited Children.

21. Based upon the information delineated above, I believe that probable cause exists for the issuance of a Criminal Complaint charging Adan Beruman with a violation of Title 18 U.S.C. § 2252A (a)(2)(5)(B) - the possession of child pornography.

_____
Ryan J. Shultz
Special Agent, FBI

Subscribed and sworn to before me, via telephone, this __11th__ of June 2021.

_____
Frances H. Stacy
United States Magistrate Judge

6